JS-6

**Gordon & Rees LLP**
**633 West Fifth Street, 52nd Floor**
**Los Angeles, CA 90071**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut Corporation, and CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>LA PEER SURGERY CENTER LLC, a California limited liability company, SIAMAK TABIB, an individual,<br><br>                              Defendants. | CASE NO.  13-cv-03726 RGK (JCGx)<br><br>*Judge: R. Gary Klausner*<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Courtroom:  850 |
| LA PEER SURGERY CENTER, LLC, a California limited liability company,<br><br>                              Counterclaimant,<br><br>     vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut Corporation, and CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation, et al.<br><br>                    Counter-Defendants. | |

**[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION**

1    The parties having stipulated that this matter, including the counterclaim,

2  has been resolved in its entirety with each side to bear their own attorneys' fees

3  and costs, this matter is hereby dismissed with prejudice.

4    **IT IS SO ORDERED.**

5

6  DATED:    September 3, 2014

7    _____

8    U.S. DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon & Rees LLP**
**633 West Fifth Street, 52ⁿᵈ Floor**
**Los Angeles, CA  90071**

1086473/20578949v.1

-2-                                13-cv-03726 RGK (JCGx)
**[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION**